# Exhibit G

**TIMELINE**

| Date | Time | Event | Duration of Call (approx) |
|---|---|---|---|
| 2/13/2019 | 8:15 AM | SW executed at 2___ P___ Court | |
| 2/13/2019 | 10:30 AM | 2___ P___ Court released to Will Anton | |
| 2/13/2019 | 1:45 PM | Anton calls Vikas Bajaj | 20 minutes |
| 2/13/2019 | 4:46 PM | Vikas Bajaj calls Anton | 1 minute (voicemail) |
| 2/13/2019 | 4:51 PM | Anton text UCE: "Call me" | |
| 2/13/2019 | 4:59 PM | Anton calls UCE | 6 minutes |
| 2/13/2019 | 5:53 PM | UCE calls Anton | 2.5 minutes |
| 2/14/2019 | 1:24 PM | UCE calls Anton | Unanswered |
| 2/14/2019 | 1:28 PM | UCE texts Anton: "Hey bro I just talked to Marco and he said this is all on you! I'm gonna need you to come thru on that 1k if you guys can't make that happen now." | |
| 2/14/2019 | 1:32 PM | Anton calls UCE | 4 minutes |
| 2/15/2019 | 8:30 AM | Vikas Bajaj calls Anton | 1 minute (voicemail) |
| 2/15/2019 | 10:45 AM | Anton calls Law Office of Vikas Bajaj | 3 minutes |
| 2/15/2019 | 12:44 PM | Anton calls Vikas Bajaj | 1 minute |
| 2/15/2019 | 1:13 PM | Anton calls Eugene Iredale Law Office | 10 minutes |
| 2/15/2019 | 2:34 PM | Vikas Bajaj calls Anton | 13 minutes |
| 2/18/2019 | 9:23 AM | Anton calls Eugene Iredale Law Office | 1 minute |
| 2/18/2019 | 11:15 AM | Anton calls UCE | Unanswered |
| 2/18/2019 | 11:16 AM | Anton text UCE: "Hey call me when you can" | |
| 2/18/2019 | 11:51 AM | Anton calls UCE | Unanswered |
| 2/18/2019 | 3:48 PM | UCE texts Anton: "I'll call you later tonight after I finish up with work and get home." | |
| 2/18/2019 | 4:57 PM | Anton calls UCE | Unanswered |
| 2/18/2019 | 5:12 PM | Anton texts UCE: "Call me before 6 pls. I won't answer after 6" | |
| 2/18/2019 | 5:15 PM | UCE calls Anton | Unanswered |
| 2/18/2019 | 5:15 PM | UCE calls Anton | Unanswered |
| 2/18/2019 | 5:15 PM | Anton calls UCE | Unanswered |
| 2/18/2019 | 5:25 PM | UCE calls Anton | 9 minutes |
| 2/19/2019 | 9:57 AM | UCE calls Anton | 5 minutes |
| 2/19/2019 | 11:06 AM | UCE calls Anton | Unanswered |
| 2/19/2019 | 11:07 AM | UCE texts Anton: "I need to talk to you about that appointment. Call me back" | |
| 2/19/2019 | 12:34 PM | UCE calls Anton | Unanswered |
| 2/19/2019 | 7:07 PM | Anton calls Vikas Bajaj | 19 minutes |

| Date | Time | Message |
|---|---|---|
| 2/20/2019 | 11:10 AM | Anton texts UCE:<br>"As I told you, my home was searched, and there is an investigation of some kind. I do not believe that I have done anything wrong. Your file for the application was taken during the search. If you want a refund of the fee I charged you to prepare the application and prepare you for your interview, I will refund it. If you want to go forward, that is fine as well. I cannot tell you what to do or say if you are asked to give an interview, other than this. If you decide to speak with the police or FBI, just tell the truth. Thanks Will" |
| 2/20/2019 | 7:10 PM | UCE texts Anton:<br>"I'm going to move forward with it as of now. I talked to the fbi and just said we're friends and that you were helping me with the application. I didn't tell them anything about money like you said. It was only like 5 mins and they seemed to act like it was no big deal." |
| 2/20/2019 | 7:16 PM | UCE texts Anton:<br>"I talked to the license people today and it sounds like they're speeding ii up and completed my initial over the phone today. She said the next one will be my second and to bring docs and what not." |
| 2/21/2019 | 9:43 AM | Anton texts UCE:<br>"When I said tell the truth I meant tell them the truth.You paid me a fee of 1000 .Tell them that." |
| 2/21/2019 | 9:54 AM | UCE texts Anton:<br>"That's not what you told me last week. I'm not worried about it, they don't know shit. You're golden bro!" |
| 2/21/2019 | 9:55 AM | UCE texts Anton:<br>"I ain't saying shit else to them. I'm not stupid." |
| 2/21/2019 | 10:00 AM | UCE texts Anton:<br>"If you're that worried about it then you call fbi and tell em. We're good bro." |
| 2/21/2019 | 10:01 AM | Anton texts UCE:<br>"Let me explain something.When we talked last week the FBI had searched my house and my Wife had gone into premature labor because of the stress. I don't remember Wtf l said to you or anybody else.I felt like a zombie. But You could get in trouble for telling a lie.And it makes me look bad if you lie.so just call them and correct your statement." |
| 2/21/2019 | 10:02 AM | Anton texts UCE:<br>"No big deal" |

| Date | Time | Message |
|---|---|---|
| 2/21/2019 | 10:07 AM | UCE texts Anton:<br>"Hey bro I told you this shit was going to happen and you were like everything's all good you ain't got nothing to do with it, don't say shit if they call. This is your and Marcos mess. I ain't got shit to do with it. I'm moving forward. If you're that worried call them yourself. I'm done talking to the feds." |
| 2/21/2019 | 10:13 AM | Anton texts UCE:<br>"It is fine to go forward with your application.But you need to square this with th fbi.If l need to I will do it myself when the time comes.But better for you if you do it yourself" |
| 2/21/2019 | 10:21 AM | UCE texts Anton:<br>"Nah bro, I'm good. Handle your guys business ... leave my name out of it. You've already brought enough heat on me. I don't have to talk to no one. I'm done talking. Lose my number ... you guys aren't good at what you do. You're sloppy bro and now the fbis got my name." |
| 2/21/2019 | 10:27 AM | Anton texts UCE:<br>"You are making a problem when you don't need to.I think you should correct what you said.If you don't ok but I will ." |
| 2/21/2019 | 10:35 AM | UCE texts Anton:<br>"I'm not making any prob bro. You made this shit! You and Marco need to handle your fucking business. It's your guys problem! Like I said and you said yourself! ain't got shit to do with it. I'd think before you bring my name into your bullshit. Lose my number bro!" |