# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIOVANNI VINCENZO TILOTTA (3),<br>WAIEL YOUSIF ANTON (5)<br><br>Defendants. | Case No.:  19-cr-4768-GPC<br><br>**SECOND AMENDED PRETRIAL ORDER** |

    Being continued from January 25, 2022, trial shall now commence on March 8, 2022 at 8:30 a.m.  Motions *in limine* will be heard on January 12, 2022 at 3:00 p.m.

    IT IS HEREBY ORDERED that the parties shall comply with the following deadlines in advance of trial in this matter:

    1.    The United States shall disclose draft summary charts pursuant to Fed. R. Evid. 1006 no later than January 3, 2022, identifying any summaries' underlying documents and admissibility.  The defense shall make similar disclosure no later than January 17, 2022.

    2.    If not already produced, the parties will exchange materials subject to 18 U.S.C. § 3500, Rule 26.2, and *Giglio* no later than February 14, 2022.

     3.     The parties shall exchange exhibit lists, and the United States shall serve a copy of its witness list, on February 14, 2022.

     4.     The parties shall submit proposed jury instructions on February 21, 2022.

     5.     The parties shall serve and file proposed *voir dire* questions and verdict forms no later than February 28, 2022.

     6.     The parties may file a trial memorandum, if they wish, no later than February 28, 2022.

**IT IS SO ORDERED.**

Dated:  January 10, 2022

Hon. Gonzalo P. Curiel
United States District Judge