# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIOVANNI VINCENZO TILOTTA,<br>aka "Gio Tilotta,"<br><br>Defendant. | Case No.: 19-CR-4768-GPC<br><br>**VERDICT FORM** |

**Count 1**

We the jury in the above-entitled cause find the defendant, GIOVANNI VINCENZO TILOTTA _Guilty_ (NOT GUILTY / **GUILTY**) of conspiracy to make false statements in the acquisition of a firearm, as charged in Count 1 of the Indictment.

**Count 2**

We the jury in the above-entitled cause find the defendant, GIOVANNI VINCENZO TILOTTA _Guilty_ (NOT GUILTY / **GUILTY**) of aiding and abetting Morad Marco Garmo in engaging in the business of dealing in firearms without a license, as charged in Count 2 of the Indictment.

**Count 4**

We the jury in the above-entitled cause find the defendant, GIOVANNI VINCENZO TILOTTA _Guilty_ (NOT GUILTY / **GUILTY**) of aiding and abetting Morad Marco Garmo and Leo Joseph Hamel in making false statements in the acquisition of a firearm, as charged in Count 4 of the Indictment.

**Count 7**

We the jury in the above-entitled cause find the defendant, GIOVANNI VINCENZO TILOTTA _____ (NOT GUILTY / GUILTY) of conducting a firearms transaction in violation of state law, as charged in Count 7 of the Indictment.

**Count 7 – Special Verdict**

If you return a verdict of not guilty on Count 7, do not answer this special verdict question.

If you find the defendant, GIOVANNI VINCENZO TILOTTA, guilty of conducting a firearms transaction in violation of state law, as charged in Count 7 of the Indictment, which firearm or firearms, does the jury unanimously find were delivered as part of the offense? (Indicate your unanimous finding with an "X" next to at least one firearm.)

___Daniel Defense AR-15 style 5.56 rifle, bearing serial number DDM4107377

___Smith & Wesson Shield 9mm handgun, bearing serial number HNH6175

___Glock 27 .40 caliber pistol, bearing serial number RLK240

▮▮▮▮▮▮▮▮▮▮
Foreperson

Date: 4/8/2022

San Diego, California