JEREMY WARREN
Warren & Burstein
California State Bar No. 177900
501 West Broadway, Suite 240
San Diego, California  92101
(619) 234-4433
jw@wabulaw.com
__ Retained  X  Appointed

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Trial Judge: Hon. Gonzalo P. Curiel          Court Reporter:  Chari Bowery

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 19cr4768-GPC |
| (Appellee) Plaintiff, | ) | |
| | ) | NOTICE OF APPEAL |
| v. | ) | |
| | ) | |
| GIOVANNI TILOTTA, | ) | |
| | ) | |
| (Appellant) Defendant. | ) | |

Notice is hereby given that defendant Giovanni Tilotta appeals to the United States Court of Appeals for the Ninth Circuit from the:

   (X) Final Judgment (Fed. R. Crim. P. 32(b))

   (  ) Sentence Only (18 U.S.C. § 3742).  Sentence Imposed: 6 months

Entered on: March 17, 2023

Dated: March 17, 2023                    /s/ *Jeremy Warren*
                                         Jeremy Warren

Transcripts Required: X Yes _ No (to be ordered on or before March 24, 2023)
Date (X) Indictment  ( ) Information Filed: November 21, 2019
Bail Status: on bond

Will there be a request to expedite the appeal and set a schedule faster than normally set? _ Yes X  No