**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff - Appellee,<br><br> v.<br><br>GIOVANNI VINCENZO TILOTTA, AKA Gio Tilotta,<br><br>       Defendant - Appellant. | No. 23-434<br><br>D.C. No. 3:19-cr-04768-GPC-3<br>Southern District of California,<br>San Diego<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>GIOVANNI VINCENZO TILOTTA, AKA Gio Tilotta,<br><br>       Defendant - Appellee. | No. 23-689<br><br>D.C. No. 3:19-cr-04768-GPC-3<br>Southern District of California,<br>San Diego |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 11) of appellant's appointed counsel Jeremy D. Warren to withdraw as counsel of record and to appoint new counsel for these cross-appeals is granted.

The Clerk will electronically serve this order on the appointing authority for the Southern District of California, who will locate appointed counsel. The

appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at [counselappointments@ca9.uscourts.gov](counselappointments@ca9.uscourts.gov) within 14 days of locating counsel.

Appellant's new counsel must order any supplemental reporter's transcript through submission of a CJA Form 24 to the district court by August 9, 2023. The supplemental transcript is due September 8, 2023. The first brief on cross-appeal is due October 18, 2023 ; the second brief on cross-appeal is due November 17, 2023; the third brief on cross-appeal is due December 18, 2023; and the optional cross-appeal reply brief is due within 21 days after service of the third brief on cross-appeal.

Appellant's motion (Docket Entry No. 10) for an extension of time to file the first brief on cross-appeal is denied as moot.

Former counsel is reminded that, in future appeals, a motion to withdraw must be served on defendant, and the proof of service must include defendant's current address. *See* 9th Cir. R. 4-1(c).

The Clerk will serve this order on former counsel and appellant individually: Reg. No. 91754-298, USP Lompoc, U.S. Penitentiary, 3901Klein Blvd., Lompoc, CA 93436.