UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Appellee,<br><br>v.<br><br>GIOVANNI VINCENZO TILOTTA,<br>AKA Gio Tilotta<br><br>          Defendant-Appellant.<br><hr>AND RELATED CROSS-APPEAL | Southern District No.<br>19-CR-4768-GPC-3<br><br>Ninth Circuit Nos.<br>23-434 USCA and 23-689 USCA<br><br>**ORDER APPOINTING COUNSEL** |

On July 18, 2023, the United States Court of Appeals for the Ninth Circuit granted the motion of Appellant's appointed counsel to withdraw as counsel of record and ordered the appointing authority for the Southern District of California to appoint counsel for Defendant-Appellant. (USCA Docket Entry No. 12, Case No. 23-434) Therefore, the Court **ORDERS**:

    1.    David Zugman is appointed to represent Giovanni Vincenzo Tilotta, AKA Gio Tilotta in this case.

    2.    The Clerk of Court for the Southern District of California must provide a copy

1

of this order, the docket sheet, and the order issued by the Ninth Circuit to David Zugman, 402 West Broadway, Suite 1130, San Diego, CA 92101. Counsel's telephone number is (619) 699-5931.

3. The Clerk of Court for the Southern District of California must serve a copy of this order on the Ninth Circuit.

4. Appointed counsel must comply with the Ninth Circuit's procedures for electronic transmittal of Criminal Justice Act Form 20 vouchers via email.

**IT IS SO ORDERED**.

Dated: July 18, 2023

Hon. Bernard G. Skomal
United States Magistrate Judge